No. 1247. International Brotherhood of Electrical Workers, AFL–CIO, et al. *v.* National Labor Relations Board. C. A. 9th Cir. Certiorari denied. *Louis Sherman, Thomas X. Dunn,* and *Seymour Sacks* for petitioners. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 1250. Ballas et al. *v.* Cladis et al. Sup. Ct. Colo. Certiorari denied. *Herbert M. Boyle* for petitioners. *Warren O. Martin* for respondents Cladis et al.

No. 1254. Strachan Shipping Co. et al. *v.* Shea, Deputy Commissioner of Labor, et al. C. A. 5th Cir. Certiorari denied. *Sweeney J. Doehring* for petitioners. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Morton Hollander,* and *Ralph A. Fine* for respondent Shea, and *W. Jiles Roberts* for respondent Nehring.

No. 1259. Sica *v.* United States. C. A. 9th Cir. Certiorari denied. *F. Filmore Jaffe* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1261. Construction Aggregates Corp. *v.* Hewitt-Robins, Inc. C. A. 7th Cir. Certiorari denied. *Harlan L. Hackbert* for petitioner. *George B. Christensen* for respondent.

No. 1374. Semet-Solvay Division, Allied Chemical Corp. *v.* Miller. C. A. 4th Cir. Certiorari denied. *John E. Jenkins, Jr.,* for petitioner.